# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORGE ROQUE, | : |
| Plaintiff | : |
| | : No. 1:16-CV-02506 |
| v. | : |
| | : (Judge Rambo) |
| CAPTAIN MICHAEL L. OTT, et al., | : |
| Defendants | : |

## ORDER

**AND NOW**, this 8th day of January, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendants' motion to dismiss Plaintiff's complaint (Doc. No. 15), is **DENIED**. Defendants shall file an answer to Plaintiff's Complaint within fourteen (14) days of the date hereof.

          s/Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge